UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Nov 18  11 51 AM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| SUBWAY INTERNATIONAL, B.V.,<br>Plaintiff, | :<br>:<br>: |
| -vs- | : Civil No. 3:03cv876(PCD) |
| KHAL TABBA d/b/a FANCY<br>    FOODSTUFF, LLC,<br>Defendant. | :<br>:<br>: |

### RULING CONFIRMING ARBITRATION AWARD

In light of Defendant's failure to file a response to Plaintiff's Application to Confirm Arbitration [Doc. No. 1], Plaintiff's Application is **granted** absent opposition.[1]

The clerk shall close the file.

SO ORDERED.

Dated at New Haven, Connecticut, November 15, 2003.

                                              Peter C. Dorsey
                                        United States District Judge

---

[1] The deadline for Defendant to file its opposition was October 24, 2003. On October 23, 2003, Defendant indicated that it would "like an extension of a few days" for local counsel to receive the documents. More than three weeks have passed, and Defendant has failed to have local counsel file an appearance and file a response to Plaintiff's application.