UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUBWAY INTERNATIONAL B.V.

    v.                                                              Civil No.  3:03 CV 876 (PCD)

KHAL TABBA, D/B/A FANCY FOODSTUFF, LLC

## JUDGMENT

This matter came before the Honorable Peter C. Dorsey, Senior United States District Judge, on plaintiff's application to confirm arbitration award. The Court has reviewed all of the papers filed in conjunction with the application and on November 18, 2003, entered a Ruling granting the application to confirm arbitration award.

It is therefore ORDERED and ADJUDGED that the arbitration award is confirmed and the case is closed.

Dated at New Haven, Connecticut, this 20th day of November, 2003.

                                                             KEVIN F. ROWE, CLERK
                                                             By


                                                             Patricia A. Villano
                                                             Deputy Clerk

EOD: _____